**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6667**

GERALD WAYNE TIMMS,

Petitioner - Appellant,

v.

WARDEN SULLIVAN,

Respondent - Appellee.

**No. 20-6668**

GERALD WAYNE TIMMS,

Petitioner - Appellant,

v.

WARDEN SULLIVAN,

Respondent - Appellee.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-hc-02192-D, 5:19-hc-02220-D)

Submitted:  September 29, 2020                    Decided:  October 6, 2020

Before NIEMEYER and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gerald Wayne Timms, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Wayne Timms, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.[*] *Timms v. Sullivan*, Nos. 5:19-hc-02192-D, 5:19-hc-02220-D (E.D.N.C. Apr. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We note that Timms' suits should not have been dismissed as redundant or duplicative, as the instant suits involved a different defendant from those cited by the district court, and the instant suits did not both raise the same claims.